Marolt et ux., Appellants, *v.* Kinzey.

Argued November 14, 1973. *Henry A. Hudson, Jr.,* for appellants; *John W. Pollins, III,* for appellee.

Order affirmed.

SPAULDING, J., absent.

Morgan *v.* W. Paul Brooks & Son et al.,
Appellant.
Book *v.* W. Paul Brooks & Son et al.,
Appellant.

Argued November 16, 1973. *Robert L. Orr,* with him *Wilson and Orr,* for appellant; *J. David Ray, John A. Palmieri* and *Harold F. Reed,* with them *Ray and Ray,* and *Reed, Sohn, Reed, and Kunselman,* for appellees.

Judgments affirmed.